The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EAGLE VIEW TECHNOLOGIES, INC., a Washington corporation,

          Plaintiff,

   v.

AERIALOGICS, LLC, a Delaware corporation,

          Defendant.

No. 2:12-cv-00618-RAJ

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

THIS MATTER came before the Court on the Motion for Leave to Withdraw of Stuart R. Dunwoody, Benjamin J. Byer and Davis Wright Tremaine LLP. The Court, having considered the papers submitted in support of and opposition to the motion, finds that the motion should be granted. Now, therefore, it is hereby

ORDERED that Stuart R. Dunwoody, Benjamin J. Byer and Davis Wright Tremaine LLP are granted leave to withdraw from representing Defendant Aerialogics, LLC in this action.

DATED this 27th day of February, 2014.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW
(No. 2:12-cv-00618-RAJ) — 1
DWT 23510974v1 0096155-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax